# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLYING J INC., et al., | Case No. 08-13384 (MFW) |
| Debtors. | Jointly Administered |
| FLYING J INC. and LONGHORN PARTNERS PIPELINE, L.P., | Adversary Proceeding No. 09-50004 |
| Plaintiffs, | |
| v. | |
| VALERO MARKETING AND SUPPLY COMPANY and FEDERAL ENERGY REGULATORY COMMISSION, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

  Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors in the above-referenced cases, and on 6 day of January 2009, she caused a copy of the following:

Complaint [D.I. 1]

Motion for Injunction [D.I. 2]

Summons [D.I. 3]

Motion to Shorten [D.I. 5]

to be served as indicated, upon the parties identified on the attached list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 20th day of January 2009.

_____
Notary Public

[Notary Seal: ERICA A. BROYLES, MY COMMISSION EXPIRES SEPT. 6, 2009, NOTARY PUBLIC, STATE OF DELAWARE]

# SERVICE LIST

John Banks, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
(Hidalgo County)
*First Class Mail*

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Wilmington Trust FSB)
*Hand Delivery*

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*Hand Delivery*

Quincy Chumley
BNSF Railway Co.
2400 Western Center Blvd.
Fort Worth, TX 76131
*First Class Mail*

Tobey M. Daluz, Esq.
Leslie Heilman, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
(Caljet of America)
*Hand Delivery*

David L. Eaton, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
( Debtors)
*First Class Mail*

Kimberly Bose
Nathan J. Davis, Sr.,
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
*First Class Mail*

David Boyle, Esq
Airgas
259 Radnor Chester Rd., Ste 100
P.O. Box 6675
Radnor, PA 19087
(Airgas)
*First Class Mail*

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(BP Products North America)
*First Class Mail*

Richard Cromer
Leech Tishman Fuscaldo & Lampl
525 Willaim Penn Place, 30th Floor
Pittsburgh, PA 15219
(Barjan)
*First Class Mail*

Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(Merrill Lynch)
*First Class Mail*

Richard L. Epling, Esq
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Chevron Products Company
*First Class Mail*

Robert Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Fl
New York, NY 10017
(Committee Counsel)
*First Class Mail*

R. Dale Ginter, Esq.
Downey Brand LLP
621 Capitol Mall, 18th Fl.
Sacramento, CA 95814
(New West Petroleum)
*First Class Mail*

James E. Huggett, Esq.
Herbert Mondros, Esq.
Lucian B. Murley, Esq.
Sally A. Sobezyk, Esq.
Margolis Edelstein
750 Shipyard Dr, Suite 102
Wilmington, DE 19801
(Placid Refining Co.)
*Hand Delivery*

David Jury, Esq.
United Steelworkers of America
Five Gateway Center, Room 807
Pittsburgh, PA 15222
*First Class Mail*


William M. Kelleher, Esq.
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
(Transportation Alliance Bank, Transportation Alliance Leasing)
*Hand Delivery*

Omer F. Kuebel, III, Esquire
Locke Liddell & Sapp, LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130
(ConocoPhilips Company)
*First Class Mail*

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(Bottling Group, LLC)
*First Class Mail*

Clinton P. Hansen, Esq.
Thompson Coburn Fagel HAber
55 East Monroe Street, 40th Floor
Chicago, IL 60603
(Union Tank Car Company)
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*




Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
(United Steelworkers)
*Hand Delivery*

Lawrence J. Kotler, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
American Refining Group, Inc.
*Hand Delivery*

David W. Lampl
Leech Tishman Fuscaldo & Lampl
525 Willaim Penn Place, 30th Floor
Pittsburgh, PA 15219
(Barjan)
*First Class Mail*

Katharine L. Mayer, Esq.
Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(Occidental Energy Marketing, Inc.)
*Hand Delivery*

Timothy McCulloch, Esq.
Gordon & Rees LLP
111 West Monroe Avenue, Suite 1111
Phoenix, AZ 85003
*First Class Mail*

Stephen M. Miller, Esq
Thomas Horan, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(Tesoro Refining and Marketing)
*First Class Mail*

Norman M. Monhait, Esq.
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401 - Citizens Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Chevron)
*Hand Delivery*

Pauline K. Morgan, Esq.
Joseph M. Barry, Esq.
Sean T. Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
( Debtors)
*Hand Delivery*

Michael B. Mukasey, Esq.
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
*First Class Mail*

Laura McAvoy, Esq.
Musick Peeler & Garrett
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361
(Berry Petroleum)
*First Class Mail*

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(TEPPCO Crude Oil)
*Hand Delivery*

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(Airgas, Inc.)
(Restaurant Technology, Inc.)
*Hand Delivery*

Trey Monsour, Esq.
Jason Binford, Esq.
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Sysco
*First Class Mail*

Robert Morgan, Esq.
1940 Highway 1 North
Port Allen, LA 70767
(Placid Refining Company)
*First Class Mail*

James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Committee Counsel)
*Hand Delivery*

Alan W. Pope
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
(Bank of America)
*First Class Mail*

Patricia W. Prewitt
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower, 600 Travis Street
Houston, TX 77002
(Kinder Morgan Liquids)
*First Class Mail*

Hugh Ray
Basil Umari, Esq.
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
(TEPPCO Crude Oil)
*First Class Mail*

Todd C. Ringstad, Esq.
Ringstad & Sanders, LLP
2030 Main Street, Suite 1200
Irvine, CA 92614
(Berry Petroleum)
*First Class Mail*

Gary F. Seitz, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19801
(Lion Oil)
*Hand Delivery*

Howard Siegel, Esq.
City Place 1
Brown Rudnick
185 Asylum Street
Hartford, CT 06103
(Wilmington Trust FSB)
*First Class Mail*

Ronald S. Pretekin, Esq
Coolidge Wall Co., L.P.A.
33 West First Street, Suite 600
Dayton, OH 45402
(SM Aircraft LLC)
*First Class Mail*

Dennis E. Quaid, Esq
Thompson Coburn Fagel Haber
55 East Monroe, 40th Fl
Chicago, IL 60603
(Union Tank Car Company)
*First Class Mail*

Richard J. Reynolds, Esq.
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
Hathaway LLC
*First Class Mail*

Stephen A. Roberts
Duane Brescia, Esq.
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701
(Alliance Process Partners, LLC)
*First Class Mail*

Jeffrey Shields, Esq.
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
PO Box 45444
Salt Lake City, UT 84145
(Transportation Alliance Bank, Transportation Alliance Leasing)
*First Class Mail*

Laurie S. Silverstein, Esq
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl.
P.O. Box 951
Wilmington, DE 19899
(Sysco)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
*Hand Delivery*

US Trustee
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*First Class Mail*

Deborah Williamson, Esq.
Cox & Smith Matthews Incorporated
112 East Pecan, Suite 1800
San Antonio, TX 78205
(Tesoro Refining and Marketing; Newfield Exp.)
*First Class Mail*

Robert Stark, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
(Wilmington Trust FSB)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Euite 1600
Dallas, TX 75201
Dallas County
*First Class Mail*

Rebecca Winthrop
Ballard Spahr Andrews & Ingersoll
2029 Century Park East, Suite 800
Los Angeles, CA 90067
(Caljet of America)
*First Class Mail*